UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States District Court
Southern District of Texas
**ENTERED**
February 03, 2026
Nathan Ochsner, Clerk

| | | |
|---|---|---|
| Fabrian Almazan Cruz, | § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL NO. 4:25cv6061 |
| Kristi Noem, et al | § | |
| Defendants | § | |

ORDER

The Court will hold a Status Hearing on [DEN #16, #17] on February 4, 2026, at 2:30 p.m. by Zoom.  IT IS SO ORDERED.

Signed on February 3, 2026, at Houston, Texas.

_____
United States Magistrate Judge
Richard W. Bennett